# TROY LAW, PLLC
ATTORNEYS / COUNSELORS AT LAW
Tel: 718 762 1324   johntroy@troypllc.com   Fax: 718 762 1342
41-25 Kissena Blvd., Suite 119, Flushing, New York 11355

January 17, 2019

<u>**VIA ECF**</u>
Hon. Barbara C. Moses., U.S.M.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

      **Re:**    <u>Letter Motion to Amend Complaint per FRCP 15(a)</u>
            <u>ZHANG v. FOUR SEASONS BEAUTY SPA, INC. et al 18-cv-08259</u>

Dear Hon. Judge Moses,

      This office represents the Plaintiff in the above-reference matter. We respectfully write with the consent of the Defense Counsel to seek leave to file the First Amended Complaint under F.R.C.P. 15(a) to reflect the true name of Defendant DINA "DOE" as "XIA ZHOU" and to remove the claims of "DINA 'DOE'" as the duplicative party of XIA ZHOU to the Complaint. (*Exhibit 1*, Stipulation Consenting to Amend Complaint).

      We thank the Court for its time and consideration in this matter.

                                                 Sincerely,
                                                 TROY LAW, PLLC


                                                 <u>*/s/* John Troy</u>
                                                 John Troy, Esq.

Ecf: all counsel of record

JT/pk