USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                 :
WEN ZHANG,                                   :

                            Plaintiff,    :         1:18-cv-8259-GHW

            -against-                     :
                                                :            <u>ORDER</u>
FOUR SEASONS BEAUTY SPA, INC., et al.,     :

                          Defendants.    :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

After the April 28, 2021 conference in this matter, the Court issued an order on the docket directing the parties to appear at the June 21, 2021 conference. Dkt. No. 142.

During the June 21, 2021 conference, the Court, the court reporter, and counsel for Plaintiff appeared on the conference line, but Defendants did not. After it became apparent that Defendants would not be joining the call, the Court adjourned the conference.

The Court will hold a teleconference on July 7, 2021 at 10:00 a.m. The parties should be prepared to discuss how they wish to proceed with trial. If the individual defendants intend to proceed pro se, they are reminded that they will need to retain an interpreter for the conference. The parties are directed to use the Court's designated conference line at (888) 557-8511, and enter Access Code 747-0200, followed by the pound (#) key.

Defendants are ordered to comply with the Court's orders. Continued failure to comply with the Court's orders may result in the imposition of sanctions, including the entry of default against Defendants, or upon application, the entry of judgment in favor of Plaintiff.[1]

---

[1] Because counsel for defendants Four Seasons Beauty Spa, Inc. and Five Star Beauty Spa, Inc. did not file a notice of appearance by May 28, 2021 as ordered, the Court has entered a separate order today directing the Clerk of Court to issue a certificate of default for those defendants.

The Clerk of Court is directed to serve this order on Defendants.

SO ORDERED.

Dated: June 22, 2021

_____
GREGORY N. WOODS
United States District Judge