```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                    :
WEN ZHANG,                                          :
                                                    :
                                Plaintiff,          :      1:18-cv-8259-GHW
              -against-                             :
                                                    :          ORDER
FOUR SEASONS BEAUTY SPA, INC., et al.,              :
                                Defendants.         :
                                                    :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/2021

GREGORY H. WOODS, United States District Judge:

On May 3, 2021, the Court entered an order granting Ge Qu's motion to withdraw as counsel for Defendants. Dkt. No. 142. That order directed replacement counsel for. to enter a notice of appearance by no later than May 28, 2021, and noted that if no attorney entered an appearance on behalf of Four Seasons Beauty Spa, Inc. or Five Stars Beauty Spa, Inc. by that date, the Court would enter a default against those defendants. *Id.*

As of the date of this order, new counsel has not entered an appearance on behalf of Four Seasons Beauty Spa, Inc. or Give Stars Beauty Spa, Inc. The Court therefore finds those defendants in default.

The Clerk of Court is directed to mail a copy of this order to Defendants.

SO ORDERED.

Dated: June 22, 2021
                                                    _____
                                                           GREGORY H. WOODS
                                                          United States District Judge