```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
-------------------------------------------X    ELECTRONICALLY FILED
                                           :    DOC #: _____
WEN ZHANG,                                 :    DATE FILED: 7/7/2021
                                           :
                                Plaintiff,:
                                           :    1:18-cv-8259-GHW
                -against-                  :    ORDER
                                           :
FOUR SEASONS BEAUTY SPA, INC., et al.,     :
                                           :
                                Defendants.:
-------------------------------------------X
```

GREGORY H. WOODS, United States District Judge:

After the June 21, 2021 conference in this matter, the Court issued an order on the docket directing the parties to appear at the July 7, 2021 conference. Dkt. No. 143. During the July 7, 2021 conference, the Court, the court reporter, and counsel for Plaintiff appeared on the conference line, but Defendants did not. After it became apparent that Defendants would not be joining the call, the Court adjourned the conference.

The Court will hold a teleconference on July 23, 2021 at 4:00 p.m. The parties should be prepared to discuss how they wish to proceed with trial. If the individual defendants intend to proceed pro se, they are reminded that they will need to retain an interpreter for the conference. The parties are directed to use the Court's designated conference line at (888) 557-8511, and enter Access Code 747-0200, followed by the pound (#) key.

Defendants are ordered to comply with the Court's orders. Continued failure to comply. Defendants are ordered to comply with the Court's orders. Continued failure to comply with the Court's orders will result in the imposition of sanctions, including the entry of default against

Defendants, and upon application, the entry of judgment in favor of Plaintiff.

The Clerk of Court is directed to serve this order on Defendants.

SO ORDERED.

Dated: July 7, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge