USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
WEN ZHANG,  :
  :
                          Plaintiff,  :
  :
         -v -  :
  :
FOUR SEASONS BEAUTY SPA, INC., et al.,  :
  :
                      Defendants.  :
-------------------------------------------------------------- X

1:18-cv-8259-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

     A jury trial in this matter will begin on **Monday, March 21, 2022 at 9:00 a.m.** The Court will hold a final pretrial conference in this case on **Monday, February 28, 2022, at 12:00 p.m.** Both the final pretrial conference and the jury trial will be held in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York 10007. If the individual defendants decide to proceed *pro se*, the are reminded that they will need to retain an interpreter for both the final pretrial conference and the trial.

     The Court has received the proposed pretrial order, voir dire questions, and jury instructions. Dkt. Nos. 134-136. The parties are directed to submit the following materials no later than January 10, 2022: (1) any other submissions permitted or required under Rule 5 of the Court's Individual Rules of Practice in Civil Cases, (2) a proposed brief, mutually acceptable description of the case, to be read to the venire, and (3) a proposed brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements. Plaintiffs are directed to mail a copy of this order to Defendants.

    SO ORDERED.

Dated: July 28, 2021
New York, New York

                                             GREGORY H. WOODS
                                         United States District Judge