```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                      :

WEN ZHANG,                                 :

                                               Plaintiff,   :     1:18-cv-8259-GHW

                       -against-                            :

                                                                        :      <u>ORDER</u>

FOUR SEASONS BEAUTY SPA, INC., et al.,    :

                                        Defendants.   :

                                                                      :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       The Court has received Defendant Xia Zhuo's letter dated September 28, 2021, informing the Court of her planned trips to China. Dkt. No. 148. In the Court's order dated July 28, 2021, Dkt. No. 147, the Court scheduled the final pretrial conference for Monday, February 28, 2022, at 12:00 p.m., scheduled a jury trial to begin on Monday, March 21, 2022 at 9:00 a.m., and directed the parties to submit certain pretrial materials by January 10, 2021. Defendant is directed to comply with the Court's July 28, 2021 order.

       SO ORDERED.

Dated: October 6, 2021

                                                                   _____
                                                                       GREGORY H. WOODS
                                                                 United States District Judge