USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
WEN ZHANG, :
:
Plaintiff, : 1:18-cv-8259-GHW
-against- :
: ORDER
FOUR SEASONS BEAUTY SPA, INC., et al., :
:
Defendants. :
:
-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

By separate order entered today, the Court referred this case to a United States magistrate judge for settlement purposes. Plaintiff and Defendant Xia Zhuo are ordered to participate in a settlement conference before the assigned magistrate judge.

The Clerk of Court is directed to mail a copy of this Order to:

Xia Zhuo
161-67 92nd Street
Howard Beach, New York 11414

Dated: November 3, 2021

GREGORY H. WOODS
United States District Judge