```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
WEN ZHANG,                                                       :
                                                                 :
                                              Plaintiff,         :      1:18-cv-8259-GHW
                       -against-                                 :
                                                                 :         ORDER
FOUR SEASONS BEAUTY SPA, INC., et al.,                           :
                                                                 :
                                              Defendants.        :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/2021

GREGORY H. WOODS, United States District Judge:

The Clerk of Court is directed to mail a copy of the orders at Dkt. Nos. 151 and 152 to the following Defendants at the addresses below and to include these addresses on the docket:

Shenhua Wang
42-10 Colden Street, Apartment 401
Flushing, New York 11355

Xia Zhuo
161-67 92nd Street
Howard Beach, New York 11414

SO ORDERED.

Dated: November 3, 2021

_____
GREGORY H. WOODS
United States District Judge