USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
WEN ZHANG,                                                       :
                                                                 :
                                      Plaintiff,                 :    1:18-cv-8259-GHW
                -against-                                        :
                                                                 :    ORDER
FOUR SEASONS BEAUTY SPA, INC., et al.,                           :
                                                                 :
                                      Defendants.                :
                                                                 :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On January 10, 2022, the Court received a voicemail from Plaintiff asking whether the January 10, 2022 deadline for pretrial materials had been extended in light of the Court referring this case to Judge Moses for a settlement conference. In the Court's July 28, 2021 order, the Court ordered the parties to submit certain pretrial materials by January 10, 2022. Dkt. No. 147. The Court hereby adjourns the deadline for pretrial materials pending the settlement conference before Judge Moses. The parties are directed to submit a joint letter no later than two weeks following the settlement conference informing the Court of the status of the case.

The Clerk of Court is directed to serve this order on Defendant Xia Zhuo.

SO ORDERED.

Dated: January 10, 2022
                                                            _____
                                                            GREGORY H. WOODS
                                                            United States District Judge