```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                               :
WEN ZHANG,                           :
                               :
                  Plaintiff,   :   1:18-cv-8259-GHW
            -against-        :
                               :   <u>ORDER</u>
FOUR SEASONS BEAUTY SPA, INC., et al.,  :
                               :
                Defendants. :
                               :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       The final pretrial conference scheduled for February 28, 2022, and the jury trail scheduled for March 21, 2022 are adjourned pending the settlement conference before Judge Moses. The parties are directed to submit a joint letter no later than two weeks following the settlement conference informing the Court of the status of the case.

       The Clerk of Court is directed to serve this order on Defendant Xia Zhuo.

       SO ORDERED.

Dated: February 21, 2022
                                                    _____
                                                        GREGORY H. WOODS
                                                      United States District Judge