**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
WEN ZHANG,
*on behalf of himself and others similarly situated,*

                                            Plaintiff,          Case No. 1:18-cv-08259 (GHW)

                              v.                                **[PROPOSED]**
                                                                **JUDGMENT**

FOUR SEASONS BEAUTY SPA, INC.
        d/b/a Four Seasons Beauty Spa,
FIVE STARS BEAUTY SPA, INC.
        d/b/a Five Stars Beauty Spa,
FOUR SEASONS BEAUTY SPA 316, INC.
        d/b/a Four Seasons Beauty Spa,
FOUR SEASONS BEAUTY SPA I, INC.
        d/b/a Four Seasons Beauty Spa,
SHENHUA WANG,
YAN CHAO ZHANG,
XIA ZHUO
        a/k/a Dina Zhuo, and
"JOHN" CHEN,

                                            Defendants.
-----------------------------------------------------------------x

The Honorable Gregory H. Woods, United States District Judge:

**WHEREAS** pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Defendant XIA ZHUO a/k/a Dina Zhuo (hereinafter "ZHUO"), having offered to allow judgment be taken against her, **and her alone**, by consent by Plaintiff WEN ZHANG (hereinafter "ZHANG") for a sum of ten thousand dollars ($10,000.00) in full satisfaction of ZHANG's claims against ZHOU that were raised or could have been raised in the operative Complaint, and of all damages ZHANG sought against ZHOU, including but not limited to monetary damages, back pay, front pay, liquidated damages, penalties, prejudgment interest, and all other damages, whether monetary or equitable, as well as any fees, costs, and expenses ZHANG is demanding from ZHUO;

**WHEREAS** the offer of judgment is made for purposes specified in Rule 68, and is not to be construed as an admission that ZHUO is liable in this action or that ZHANG suffered any damage;

**WHEREAS** the offer of judgment specified that judgment was offered only with respect to ZHUO, and if accepted would not prejudice ZHANG with respect to his claims against any of the other Defendants in this action in any way;

**WHEREAS** ZHANG, through John Troy, Troy Law PLLC, having accepted and provided notice that he has have accepted ZHUO's Offer of Judgment, dated March 15, 2022, and the matter having come before this Court, the Court now renders its Order, that the Clerk should enter

judgment dismissing the case in accordance with the acceptance of offer of judgment pursuant to Fed. R. Civ. P. 68 and directing the Clerk to dismiss ZHUO from this case. It is hereby:

**ORDERED, ADJUDGED, AND DECREED** that for the reasons stated in the offer and acceptance of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure, the Clerk shall enter judgment in the amount of ten thousand dollars ($10,000.00), against Defendant XIA ZHUO a/k/a Dina Zhuo; plus post-judgment interest pursuant to 28 U.S.C. § 1961; and that if any amounts remain unpaid by January 2, 2023 or by ninety (90) days after expiration of the time of appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by Section 198.4 of the New York Labor Law.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Clerk shall neither dismiss, nor enter judgment against, any other Defendant in this matter.

Dated:  New York, NY
_____ _____, 20\_\_\_

_____
Hon. Gregory H. Woods, U.S.D.J.

**SO ORDERED**