**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x

WEN ZHANG,
*on behalf of himself and others similarly situated,*

                                    Plaintiff,

                         v.

FOUR SEASONS BEAUTY SPA, INC.
      d/b/a Four Seasons Beauty Spa,
FIVE STARS BEAUTY SPA, INC.
      d/b/a Five Stars Beauty Spa,
FOUR SEASONS BEAUTY SPA 316, INC.
      d/b/a Four Seasons Beauty Spa,
FOUR SEASONS BEAUTY SPA I, INC.
      d/b/a Four Seasons Beauty Spa,
SHENHUA WANG,
YAN CHAO ZHANG,
XIA ZHUO
      a/k/a Dina Zhuo, and
"JOHN" CHEN,

                                Defendants.
-------------------------------------------------------------------x

Case No. 1:18-cv-08259 (GHW)

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT _ONLY_ AGAINST XIA ZHUO A/K/A DINA ZHUO**

PLEASE TAKE NOTICE that, pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff WEN ZHANG (hereinafter "ZHANG"), through his undersigned counsel, hereby accepts and provides notice that he has accepted Defendant XIA ZHUO a/k/a Dina Zhuo's Offer of Judgment against her, **and her alone**, in favor of and with respect to all claims asserted by ZHANG in the above-captioned action, dated March 15, 2022 and attached hereto as Exhibit 1. As set forth in the Offer of Judgment, the judgment will not prejudice ZHANG with respect to any of his claims against any other Defendants in this action in any way.

Dated: Flushing, NY
       March 16, 2022

                                   TROY LAW, PLLC
                                   *Attorneys for Plaintiff*

                                   John Troy

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

WEN ZHANG,
*on behalf of himself and others similarly situated,*

                               Plaintiff,          Case No. 1:18-cv-08259 (GHW)

                 v.                         **CERTIFICATE OF SERVICE**

FOUR SEASONS BEAUTY SPA, INC.
       d/b/a Four Seasons Beauty Spa,
FIVE STARS BEAUTY SPA, INC.
       d/b/a Five Stars Beauty Spa,
FOUR SEASONS BEAUTY SPA 316, INC.
       d/b/a Four Seasons Beauty Spa,
FOUR SEASONS BEAUTY SPA I, INC.
       d/b/a Four Seasons Beauty Spa,
SHENHUA WANG,
YAN CHAO ZHANG,
XIA ZHUO
       a/k/a Dina Zhuo, and
"JOHN" CHEN,

                         Defendants.

-----------------------------------------------------------------x

       I hereby certify that a true and correct copy of the attached Notice of Acceptance of Defendant's Offer of Judgment was served on XIA ZHUO a/k/a Dina Zhuo, a Defendant in this action, by causing a copy to be sent *via* first class mail to 161-67 92nd Street, Howard Beach, NY 11414.

Dated: Flushing, NY
       March 16, 2022

                             TROY LAW, PLLC
                             *Attorneys for Plaintiff*

                             John Troy