USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WEN ZHANG,

                                    Plaintiff,

-against-

FOUR SEASONS BEAUTY SPA, INC., et al.,

                                  Defendants.
-----------------------------------------------------------------X

1:18-cv-8259-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    The status conference scheduled for April 19, 2022 is adjourned *sine die*. The Court expects that any application for an order to show cause regarding default judgment will be filed no later than May 9, 2022.

    SO ORDERED.

Dated: March 17, 2022

                                                          GREGORY H. WOODS
                                                    United States District Judge