UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
WEN ZHANG, :
:
                             Plaintiff, :    1:18-cv-8259-GHW
          -against- :
:    <u>ORDER</u>
FOUR SEASONS BEAUTY SPA, INC., et al., :
:
                         Defendants. :
:
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

    On November 3, 2021, the Court ordered Shenhua Wang to show cause no later than November 17, 2021 why the Court should not find them in default for repeatedly failing to comply with the Court's orders. Dkt. No. 151. As of the date of this order, Shenhua Wang has not shown cause why the Court should not find them in default. The Court therefore finds Shenhua Wang in default.

    The Clerk of Court is directed to enter a certificate of default against Shenhua Wang and to mail a copy of this order to Shenhua Wang.

    SO ORDERED.

Dated: April 4, 2022

_____
GREGORY H. WOODS
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/2022