```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/10/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
WEN ZHANG, :
:
                           Plaintiff, :    1:18-cv-8259-GHW
        -against- :
:     ORDER
FOUR SEASONS BEAUTY SPA, INC., et al., :
:
                      Defendants. :
:
-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

    Plaintiff's application for default judgment, Dkt. Nos. 178–79, is denied.  Plaintiff's motion does not comply with the Court's Individual Rules of Practice in Civil Cases, available on the Court's website.  Namely, Plaintiff did not submit a memorandum of law that complies with the Court's rules.  If Plaintiff wants to apply for default judgment, Plaintiff is ordered to file an application fully compliant with the procedure set forth in Attachment A to the Court's Individual Rules of Practice in Civil Cases.  The Court expects the complete application to be filed by May 17, 2022.

    SO ORDERED.

Dated: May 10, 2022
                                                          _____
                                                           GREGORY H. WOODS
                                                         United States District Judge