```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                      :

WEN ZHANG,                                     :

                                        Plaintiff,    :      1:18-cv-8259-GHW

                    -against-                         :

                                                                 :      <u>ORDER</u>

FOUR SEASONS BEAUTY SPA, INC., et al.,    :

                                    Defendants.  :

-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      As stated on the record at the conference held on July 15, 2022, Plaintiff's opposition to Defendant Yan Chao Zhang's motion to dismiss is due not later than July 25, 2022. Defendant's reply, if any, is due seven days following the date of service of Plaintiff's opposition. The Court will hold an evidentiary hearing on Defendant's motion on October 3, 2022 at 9:00 a.m., in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

      SO ORDERED.

Dated: July 15, 2022

                                                                      GREGORY H. WOODS
                                                                  United States District Judge