USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/18/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                         :

  WEN ZHANG,                           :
                                           :

                       Plaintiff,   :            1:18-cv-8259-GHW
            -against-                   :
                                           :              ORDER

  FOUR SEASONS BEAUTY SPA, INC., et al.,   :

                       Defendants.   :
                                           :
-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

The show cause hearing scheduled for July 22, 2022 is adjourned to November 10, 2022 at

2:00 p.m.  The hearing will take place in in Courtroom 12C of the United States District Court for

the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street,

New York, New York, 10007.  Plaintiff is directed to serve a copy of this order on Defendants and

to file proof of such service no later than July 20, 2022.

         SO ORDERED.

Dated:  July 18, 2022

                                                _____
                                                   GREGORY H. WOODS
                                             United States District Judge