```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
WEN ZHANG, :
:
Plaintiff, :  1:18-cv-8259-GHW
-against- :
: ORDER
FOUR SEASONS BEAUTY SPA, INC., et al., :
:
Defendants. :
:
-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

The Court has received the parties' submissions in connection with Defendant Yan Chao Zhang's motion to dismiss. The Court will only consider evidence presented at the evidentiary hearing scheduled for October 3, 2022 in order to evaluate the motion. The Court expects that all witnesses at the hearing will provide live testimony. Counsel for the parties are directed to ensure that their witnesses appear at the hearing and are directed to retain qualified interpreters, identified in consultation with the Court's interpreter's office, to translate in the event that any witness or other participant is not fluent in English.

SO ORDERED.

Dated: August 2, 2022

_____
GREGORY H. WOODS
United States District Judge