```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
WEN ZHANG, on his own behalf and on behalf of others              :
similarly situated,                                               :
                                                                  :
                                                                  :     1:18-cv-8259-GHW
                                        Plaintiff,                :
                                                                  :     ORDER
              -v -                                                :
                                                                  :
FOUR SEASONS BEAUTY SPA, INC., d/b/a                              :
Four Seasons Beauty Spa, et al.,                                  :
                                                                  :
                                        Defendants.               :
                                                                  :
----------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/2022

GREGORY H. WOODS, United States District Judge:

As stated on the record at the October 3, 2022 evidentiary hearing, the Court requests briefing concerning how it could consider the assertions contained within the Affidavit of Service and Summons on Defendant Yan Chao Zhang, Dkt. No. 15, for their truth in the absence of any testimony by the process server. As noted at the hearing, this issue should be briefed independently of any problem raised by Plaintiff's failure to introduce that Affidavit during the evidentiary hearing. Plaintiff's opening brief is due no later than October 7, 2022. Defendant's opposition is due no later than October 13, 2022; Plaintiff's reply, if any, is due no later than October 17, 2022.

SO ORDERED.

Dated: October 3, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge