|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------- X<br>:<br>WEN ZHANG, *on his own behalf and on behalf of others* :<br>*similarly situated*, :<br>:<br>Plaintiff, :<br>:<br>-v - :<br>:<br>FOUR SEASONS BEAUTY SPA, INC., *d/b/a* :<br>Four Seasons Beauty Spa, *et al.*, :<br>:<br>Defendants. :<br>:<br>------------------------------------------------------------- X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 11/14/2022<br><br>1:18-cv-8259-GHW<br><br>ORDER |

GREGORY H. WOODS, United States District Judge:

    Based upon Plaintiff's letter, Dkt. No. 215, the Court understands that he wishes to proceed with default judgment against the defendants remaining in this case. If that is the case, Plaintiff should submit a proposed Order to Show Cause and accompanying papers, in accordance with the Court's Individual Rules, no later than November 28, 2022. Plaintiff is directed to serve a copy of this order on all Defendants and to retain proof of service.

    SO ORDERED.

Dated: November 14, 2022
       New York, New York

                                                                   GREGORY H. WOODS
                                                  United States District Judge