USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                                  :

WEN ZHANG, *on his own behalf and on behalf of others* :
*similarly situated*,                                      :
                                                                                 :             1:18-cv-8259-GHW
                                                  Plaintiff,   :
                                                                                 :                    ORDER
                           -v -                                            :

FOUR SEASONS BEAUTY SPA, INC., *d/b/a*       :
Four Seasons Beauty Spa, *et al.*,                  :
                                                                              :
                                                 Defendants.   :
                                                                                 :
------------------------------------------------------------------- X
GREGORY H. WOODS, United States District Judge:

      In accordance with the Court's prior order, *see* Dkt. No. 216, Plaintiff has submitted an updated Order to Show Cause, motion for attorneys' fees, and accompanying papers. *See* Dkt. Nos. 217–222. Plaintiff's previous motion for attorneys' fees connected to his previous Order to Show Cause, Dkt. No. 187, is therefore DENIED AS MOOT.

      The Clerk of Court is directed to terminate the motion pending at Dkt. No. 187.

      SO ORDERED.

Dated: November 29, 2022
       New York, New York

                                                                    GREGORY H. WOODS
                                                              United States District Judge