```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/2/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
WEN ZHANG, *on his own behalf and on behalf of others*            :
*similarly situated*,                                             :
                                                                  :
                                                                  :    1:18-cv-8259-GHW
                                        Plaintiff,                :
                                                                  :         ORDER
                  -v -                                            :
                                                                  :
                                                                  :
FOUR SEASONS BEAUTY SPA, INC., *d/b/a*                            :
Four Seasons Beauty Spa, *et al.*,                                :
                                                                  :
                                        Defendants.               :
                                                                  :
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      A conference is hereby scheduled in this case for February 6, 2023 at 3:00 p.m. to discuss the upcoming default judgment hearing on February 8, 2023 at 10:00 a.m. *See* Dkt. No. 226. The February 6, 2023 conference will be conducted by telephone. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

      Counsel for Plaintiff is directed to serve this notice on all Defendants in this case.

      SO ORDERED.

Dated: February 2, 2023
       New York, New York

                                                                          _____
                                                                         GREGORY H. WOODS
                                                                  United States District Judge