**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
WEN ZHANG,
*on behalf of himself and others similarly situated,*
                                       Plaintiff,          1:18-cv-08259 (GHW)
                                       v.
FOUR SEASONS BEAUTY SPA, INC.
        *d/b/a* Four Seasons Beauty Spa,                      [PROPOSED]
FIVE STARS BEAUTY SPA, INC.                              DEFAULT JUDGMENT
        *d/b/a* Five Stars Beauty Spa,
FOUR SEASONS BEAUTY SPA I, INC.
        *d/b/a* Four Seasons Beauty Spa, and
SHENHUA WANG,
                                       Defendants.
------------------------------------------------------------------X
GREGORY H. WOODS, United States District Judge:

        It is hereby ORDERED, ADJUDGED and DECREED: that for the reasons stated forth during the Order to Show Cause Hearing dated February 8, 2023, and having granted a default judgment with respect to Plaintiff's claims against Defendants (1) FOUR SEASONS BEAUTY SPA, INC. *d/b/a* Four Seasons Beauty Spa; (2) FIVE STAR BEAUTY SPA, INC. *d/b/a* Five Star Beauty Spa; (3) FOUR SEASONS BEAUTY SPA I, INC. *d/b/a* Four Seasons Beauty Spa; and (4) SHENHUA WANG, having granted Plaintiff's motion for attorneys' fees, and having reviewed Plaintiff's submission with respect to attorneys' fees in this case, final judgment is entered with respect to all claims and all parties, *see* Fed. R. Civ. P. 54(b).

        Plaintiff WEN ZHANG has judgment against (1) FOUR SEASONS BEAUTY SPA, INC. *d/b/a* Four Seasons Beauty Spa; (2) FIVE STAR BEAUTY SPA, INC. *d/b/a* Five Star Beauty Spa; (3) FOUR SEASONS BEAUTY SPA I, INC. *d/b/a* Four Seasons Beauty Spa; and (4) SHENHUA WANG, jointly and severally in the amount of **One Hundred Forty Thousand Five Hundred Eighty Eight Dollars and Fifty Nine Cents ($140,588.59)**, consisting of: **One Hundred Sixteen Thousand Nine Hundred Fifteen Dollars and Eighty Four Cents ($116,915.84)** representing (1) compensatory damages in the amount of Fifty Three Thousand Four Hundred Fifty Seven Dollars and Ninety Two Cents ($53,457.92), (2) permissible liquidated damages of Fifty Three Thousand Four

Hundred Fifty Seven Dollars and Ninety Two Cents ($53,457.92) and (3) penalties of violations of Ten Thousand Dollars ($10,000) arising under the New York Labor Law ("NYLL"); **plus** prejudgment interest pursuant to CPLR § 5001, accruing at the nine percent (9%) per annum rate set forth in CPLR § 5004 from to entry of judgment, in the amount of **Twenty Three Thousand Six Hundred Seventy Two Dollars and Seventy Five Cents ($23,672.75)** plus post-judgment interest pursuant to 28 U.S.C. § 1961.

Plaintiff WEN ZHANG is further awarded attorneys' fees and costs jointly and severally against (1) FOUR SEASONS BEAUTY SPA, INC. *d/b/a* Four Seasons Beauty Spa; (2) FIVE STAR BEAUTY SPA, INC. *d/b/a* Five Star Beauty Spa; (3) FOUR SEASONS BEAUTY SPA I, INC. *d/b/a* Four Seasons Beauty Spa; and (4) SHENHUA WANG, in the amount of <u>**Seventy Six Thousand Three Hundred Forty Four Dollars and Forty Four Cents ($76,344.44)**</u>, consisting of: (1) **Seventy Five Thousand and Fifty Eight Dollars ($75,058.00)** in attorneys' fees and (2) **One Thousand Two Hundred Eighty Six Dollars and Forty Four Cents ($1,286.44)** in costs plus post-judgment interest pursuant to 28 U.S.C. § 1961.

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL §198(4); accordingly, the case is closed.

**The Clerk is directed to enter final judgment as follows, and thereafter, to close the case:**

1. Plaintiff WEN ZHANG has judgment against (1) FOUR SEASONS BEAUTY SPA, INC. *d/b/a* Four Seasons Beauty Spa; (2) FIVE STAR BEAUTY SPA, INC. *d/b/a* Five Star Beauty Spa; (3) FOUR SEASONS BEAUTY SPA I, INC. *d/b/a* Four Seasons Beauty Spa; and (4) SHENHUA WANG, jointly and severally in the amount of **One Hundred Forty Thousand Five Hundred Eighty Eight Dollars and Fifty Nine Cents ($140,588.59)**, plus post-judgment interest pursuant to 28 U.S.C. § 1961.

2. Plaintiff WEN ZHANG is further awarded attorneys' fees and costs jointly and severally against (1) FOUR SEASONS BEAUTY SPA, INC. *d/b/a* Four Seasons Beauty Spa; (2) FIVE STAR BEAUTY SPA, INC. *d/b/a* Five Star Beauty Spa; (3) FOUR SEASONS BEAUTY SPA I, INC. *d/b/a* Four Seasons Beauty Spa; and (4) SHENHUA WANG, in the amount of **Seventy Six Thousand Three Hundred Forty Four Dollars and Forty Four Cents ($76,344.44)** plus post-judgment interest pursuant to 28 U.S.C. § 1961.

3. That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL §198(4).

SO ORDERED.

Dated: _____, 2022                    _____
        New York, New York                                      GREGORY H. WOODS
                                                             United States District Court Judge